UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE TAX INDEBTEDNESS OF:<br><br>TRI N. TRAN,<br><br>Respondent. | No. 8:16-cv-01268-JLS-KESx<br><br>NOTICE TO RESPONDENT AND ORDER TO SHOW CAUSE<br><br>REDACTED |

Based on the Petition, Memorandum of Points and Authorities, and the attached Declaration, the Court finds that the United States has established its prima facie case for judicial approval of an IRS levy on the principal residence of TRI N. TRAN (Respondent) located at ███████████████████████ (the property), in order to sell the property and apply the proceeds to Respondent's outstanding income tax liability for tax years 2001, 2002, 2003, 2004, 2005, 2006, and 2007. (*See* Pet., Doc. 1; Christner Decl., Doc. 1; Certificates of Assessments, Pet. Ex. A, Doc. 1-1.)

IT IS ORDERED that a copy of this Order to Show Cause, together with a copy of the aforementioned Petition, Memorandum, and supporting declarations and exhibits, be served on Respondent in accordance with Rule 4 of the Federal Rules of Civil Procedure.

1

IT IS FURTHER ORDERED that Respondent has 21 days from the date this order is served to (a) file a written Objection to the Petition with the Clerk of the District Court and (b) mail a copy of the Objection to Petitioner.

IT IS FURTHER ORDERED that Respondent's Objection may raise the following defenses:  (1) the underlying tax liability has been satisfied; (2) Respondent has other assets from which the liability can be satisfied; and (3) the IRS did not follow the applicable laws or procedures pertaining to the levy.  26 C.F.R. § 301.6334-1(d)(2). However, in this action, Respondent is not permitted to challenge the merits underlying the tax liability.  *Id.*

IT IS FURTHER ORDERED that Respondent appear before this District Court of the United States for the Central District of California, at the following date, time and address, and show cause why the Court should not enter an order approving the IRS administrative levy on the property:

| | |
|---|---|
| Date: | September 2, 2016 |
| Time: | 2:30 p.m. |
| Courtroom: | 10A |
| Address: | Ronald Reagan Federal Building and United States Courthouse |
| | 411 West Fourth Street, Santa Ana, California, 92701 |

IT IS FURTHER ORDERED that all motions and issues raised by the pleadings will be considered on the return date of this Order.  Only those issues timely raised by motion or brought into controversy by the responsive pleadings and supported by sworn statements filed within 21 days after service of this Order will be considered by the Court.  All allegations in the Petition not contested by such responsive pleadings or by sworn statements will be deemed admitted.

IT IS FURTHER ORDERED that if Respondent fails to file an Objection to the Petition within 21 days of service of this order, or if Respondent fails to appear before

2

1 the Court as instructed, the Court may enter an Order approving the IRS levy on the
2 property.
3     IT IS FURTHER ORDERED that if, prior to the return date of this Order,
4 Respondent files a response with the Court stating that Respondent does not oppose the
5 relief sought in the Petition, nor wish to make an appearance, then the appearance of
6 Respondent at any hearing pursuant to this Order to Show Cause is excused, and the IRS
7 may levy the property.
8     **IT IS SO ORDERED.**

12 DATED: July 26, 2016

                                          The Hon. Josephine L. Staton
                                            U.S. DISTRICT JUDGE